UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

———————————————

| | |
|---|---|
| Mikal D. Mahdi, #5238, ) | C/A No. 8:16-3911-TMC-JDA |
| ) | *CAPITAL CASE* |
| Petitioner, ) | |
| vs. ) | |
| ) | |
| Bryan Stirling, Commissioner, South ) | **STATUS REPORT** |
| Carolina Department of Corrections, ) | |
| ) | |
| Respondent. ) | |
| ———————————————) | |

     Petitioner, Mikal Mahdi, is a South Carolina state court death sentenced inmate who has filed a "placeholder" federal habeas petition with this Court. Petitioner previously filed and has pending in state court a 2nd or Successive Application for post-conviction relief (PCR) in the Court of Common Pleas for Calhoun County. Respondent previously filed a petition with the South Carolina Supreme Court to re-appoint the Honorable Doyet A. Early, III., Circuit Court Judge ("the 1st PCR Court), to preside over the 2nd or Successive PCR Application case and any motions regarding the same. Respondent has filed a "Motion to Dismiss" the 2nd or Successive PCR Application in the Court of Common Pleas for Calhoun County. Chief Justice Donald Beatty of the South Carolina Supreme Court granted the petition and re-appointed Judge Early and directed him to hear Respondent's Motion to Dismiss the 2nd or Successive PCR Application. Petitioner has filed a Response to Respondent's Motion to Dismiss. And, Respondent has filed a Reply to Petitioner's Response. Judge Early has scheduled a hearing on Respondent's Motion to Dismiss on May 1, 2017 at 10:30 a.m. at the Bamberg County Courthouse. Petitioner has waived his personal presence at the hearing. However, Petitioner will be represented at the hearing by federal habeas counsel.

Respondent will be represented at the hearing by below signed counsel.

        Respectfully submitted,

        ALAN WILSON
        Attorney General

        J. ROBERT BOLCHOZ
        Chief Deputy Attorney General

        DONALD J. ZELENKA
        Deputy Attorney General

        J. ANTHONY MABRY
        Senior Assistant Attorney General
        ID No. 2091

By:    s/ Anthony Mabry
**ATTORNEYS FOR RESPONDENTS**

        Office of the Attorney General
        Post Office Box 11549
        Columbia, South Carolina 29211
        Telephone: (803) 734-6305

April 13, 2017